JANUARY 11, 1962

No. 66360.—Chelsea Lamp & Shade Co., Inc. v. United States, protest 60/350. Protest abandoned December 8, 1961. (Not published.) (Initial No. 59/21138.) *Plaintiff's application for rehearing granted.*

BEFORE THE FIRST DIVISION, JANUARY 16, 1962

No. 66361.—Austin Wolfe, Inc. v. United States, protest 58/8141 (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim at 25 percent under the provision in paragraph 409, as modified, *supra*, for bamboo articles was sustained. The items marked "B," stipulated to be the same as the merchandise the subject of C.D. 2098, *supra*, except that they are made of chip, were held dutiable at 25 percent under the provision in paragraph 1537 of the act for manufactures of chip, not specially provided for, by similitude under paragraph 1559, as amended.

No. 66362.—D. N. & E. Walter & Co. v. United States, protest 60/21896 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

No. 66363.—Venetianaire Corp. of America v. United States, protest 61/3370 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.